The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHUANGMA PLASTIC CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHEF'N CORPORATION, et al., <br><br> Defendants. | CASE NO. 2:20-cv-01603-BJR <br><br> ORDER GRANTING JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Pursuant to stipulation by the parties, **IT IS HEREBY ORDERED** as follows:

The stipulated request to extend Defendants Chef'n Corporation, Tupperware Brands Corporation, and Tupperware U.S., Inc. ("Defendants") time to answer or otherwise respond to Plaintiff Shuangma Plastic Co., Ltd.'s Complaint until February 19, 2021 (Dkt. No. 8), is **GRANTED.**

Dated: January 20, 2021

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

1