The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHUANGMA PLASTIC CO., LTD.,<br><br>                    Plaintiff,<br><br>   v.<br><br>CHEF'N CORPORATION, et al.,<br><br>                    Defendants. | No.: 2:20-cv-01603-BJR<br><br>ORDER GRANTING JOINT STIPULATION REQUESTING EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES AND FILE JOINT STATUS REPORT |

Pursuant to stipulation by the parties, **IT IS HEREBY ORDERED** as follows:

The stipulated request to extend the parties' deadline to exchange initial disclosures and file a joint status report until March 19, 2021 (Dkt. No. 10) is **GRANTED.**

DATED January 26, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge