The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHUANGMA PLASTIC CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CHEF'N CORPORATION, TUPPERWARE BRANDS CORPORATION, and TUPPERWARE U.S., INC.,<br><br>Defendants. | NO.   2:20-CV-01603-BJR<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff Shuangma Plastic Co., Ltd., and Defendants Chef'n Corporation, Tupperware Brands Corporation, and Tupperware U.S., Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this lawsuit are dismissed with prejudice and all counter-claims asserted by the Defendants in this lawsuit are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

DATED: October 21, 2021.

| **FOSTER GARVEY PC** | **SAVITT BRUCE & WILLEY LLP** |
|---|---|
| By: *s/ Ben Hodges*<br>Ben Hodges, WSBA #49301<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone: 206.447.4400<br>Facsimile: 206.447.9700<br>Email: ben.hodges@foster.com | By: *s/ Duncan E. Manville*<br>Duncan E. Manville, WSBA #30304<br>1425 Fourth Avenue Suite 800<br>Seattle, Washington 98101-2272<br>Telephone: 206.749.0500<br>Facsimile: 206.749.0600<br>Email: dmanville@sbwllp.com |
| **OFFIT KURMAN, P.A.** | **FISH & RICHARDSON P.C.** |
| By: *s/ Tony Pezzano*<br>A. Tony Pezzano<br>(admitted *pro hac vice*)<br>New York Bar No. 2315547<br>590 Madison Avenue, 6th Floor<br>New York, NY 10022<br>Telephone: (212) 545-1900<br>Facsimile: (212-545-1656<br>Email: Tony.Pezzano@offitkurman.com<br><br>***Attorneys for Plaintiff Shuangma Plastic Co., Ltd.*** | By: *s/ David B. Conrad*<br>Neil J. McNabnay<br>(admitted *pro hac vice*)<br>Texas Bar No. 24002583<br>David B. Conrad (admitted *pro hac vice*)<br>Texas Bar No. 24049042<br>Sarika N. Patel (admitted *pro hac vice*)<br>Texas Bar No. 24073520<br>Adil Shaikh (admitted *pro hac vice*)<br>Texas Bar No. 24117039<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: 214.747.5070<br>Facsimile: 214.747.2091<br>Email: mcnabnay@fr.com<br>conrad@fr.com<br>patel@fr.com<br>shaikh@fr.com<br><br>***Attorneys for Defendants Chef'n Corporation, Tupperware Brands Corporation, and Tupperware U.S., Inc.*** |

SO ORDERED this 22nd day of October, 2021.

<u>s/Barbara J. Rothstein</u>  
Barbara Jacobs Rothstein  
U.S. District Court Judge

ORDER OF DISMISSAL
No. 2:20-CV-01603-BJR